IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:22-CR-1-MTT |
| NOE CANELA, *et al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is the Government's Motion to Correct a Scrivener's Error in the Indictment. In that Motion, the Government explains that a typographical error exists as to Counts 10, 11, 13, and 14 of the Indictment, listed on pages six (6), seven (7), and eight (8) of the Indictment, filed as Document 1 of the Court's Docket. The error is limited to an incorrect date being listed: the current Indictment lists the offenses enumerated in Counts 10, 11, 13, and 14 as having occurred in the year 2020. The actual date of these offenses should read April 5, 2021. In its Motion, the Government proposed to be permitted to file amended pages six (6), seven (7), and eight (8) of the indictment, correcting the year to read "2021."

The Court, having reviewed the motion, finds good cause exists to grant the Government's Motion to Correct a Scrivener's Error in the Indictment.

It is therefore **ORDERED** that the Clerk of Court amend the previously filed Indictment as to pages six (6), seven (7), and eight (8) of the Indictment, only.

**SO ORDERED**, this 27th day of April, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT